

# FONDUNGALLAH KIGHAM & ESSIEN, LLC
ATTORNEYS & COUNSELORS AT LAW

Michael Fondungallah
Direct dial (612) 246-4753
mfondungallah@fondlaw.com

**PERSONAL AND CONFIDENTIAL**

January 8, 2010

Cathy Orlando
United States District Court
9W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

   Re: **Edward Charles McDonald v. City of St. Paul & Mayor Christopher Coleman**
       **Case Number: 09-00908 JNE/FLN**

  I write to inform the Court we are withdrawing document No. 7 which was the original motion to compel the deposition of the mayor. We will be proceeding on Monday with document No. 14 which is the motion to compel the deposition of the mayor, city council president and council member Melvin Carter.

Very Truly Yours,

Fondungallah Kigham & Essien, LLC

By: _____
     Michael Fondungallah

1

ENABLING FREEDOM FACILITATING OPPORTUNITIES | 2499 RICE STREET | SUITE 236 | ST. PAUL, MN 55113
TEL 651-482-0520 | FAX 651-482-0530 | WWW.FONDLAW.COM