UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Edward Charles McDonald,   Civil No. 09-908 (JNE/FLN)

                Plaintiff,

v.   **ORDER**

City of Saint Paul, and
Mayor Christopher B. Coleman,

                Defendants.

---

Michael A. Fondungallah for Plaintiff.
Louise Toscano Seeba for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on January 11, 2010, on Plaintiff's Motion to Compel Depositions [#14].

Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Depositions [#14] is **DENIED without prejudice**. This Court concludes that Mayor Christopher B. Coleman, Council President Kathy Lantry and Council Member Melvin Carter are protected from deposition by qualified immunity, absent a showing of specific need for their depositions. In order to make a showing of specific need, Plaintiff must demonstrate that the information sought from each individual's deposition cannot be obtained through other discovery methods. *See Stone's Auto Mart, Inc. v. City of St. Paul*, 721 F. Supp. 206 (D. Minn. 1989); *Bituminous Materials, Inc. v. Rice County*, 126 F.3d 1068 (8th Cir. 1997); *Sweeney v. Bond*, 669 F.2d 542 (8th Cir. 1982).

DATED: January 26, 2010                             *s/ Franklin L. Noel*
                                                              FRANKLIN L. NOEL
                                                              United States Magistrate Judge