# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-2264

Edward Charles McDonald

Appellant

v.

City of Saint Paul and Mayor Christopher B. Coleman

Appellees

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:09-cv-00908-JNE)
_____

**MANDATE**

In accordance with the opinion and judgment of 05/10/2012, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 31, 2012

Clerk, U.S. Court of Appeals, Eighth Circuit